

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MOTIVO ENGINEERING, LLC, a California limited liability company, | Case No. 2:22-CV-001447-CAS-JCx |
| Plaintiff & Counterclaim Defendant, | Honorable Christina A. Snyder |
| v. | **VERDICT FORM** |
| BLACK GOLD FARMS, a North Dakota cooperative association; and DOES 1-25, inclusive, | |
| Defendant & Counterclaim Plaintiff. | |

# VERDICT FORM

We, the jury in the above-entitled action, in accordance with the jury instructions provided to us, answer the questions submitted to us as follows:

**Motivo Engineering, LLC's Claims**

**I.  Breach of Contract**

  1. Did Black Gold Farms breach its contract with Motivo Engineering, LLC?

  _____Yes      __X__No

  2. If so, what are Motivo Engineering, LLC's damages?

  $__0__

**II.  Quantum Meruit**

  3. Is Black Gold Farms liable to Motivo Engineering, LLC for goods delivered and services rendered?

  _____Yes      __X__No

  4. If so, what are Motivo Engineering, LLC's damages?

  $__0__

**III.  Fraud**

  5. Is Black Gold Farms liable to Motivo Engineering, LLC for fraud either by concealment, false promises, or intentional misrepresentation?

  _____Yes      __X__No

  6. If so, what are Motivo Engineering, LLC's damages?

  $__0__

  7. Did Motivo prove by clear and convincing evidence that Black Gold Farms engaged in conduct that was malicious, fraudulent, or oppressive?

  _____Yes      __X__No

**Black Gold Farms' Claim**

**IV.     Breach of Contract**

8. Did Motivo Engineering, LLC breach its contract with Black Gold Farms?

\_\_\_\_\_Yes      \_\_X\_\_No

9. If so, what are Black Gold Farms' damages?

$ 0

Signed: _____

Presiding Juror

Dated:   03/22/2024

After this verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom.