UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Motivo Engineering, LLC, a California limited liability company,<br><br>　　　Plaintiff-Counterclaim Defendant,<br><br>　　　vs.<br><br>Black Gold Farms, a North Dakota cooperative association, and Does 1–25, inclusive,<br><br>　　　Defendant(s)-Counterclaim Plaintiff. | CASE NO.: 2:22-cv-001447-CAS-JCx<br><br>Hon. Christina A. Snyder<br><br>**JUDGMENT ON VERDICT** |

　　　This action was tried to a jury beginning on March 13, 2024 in Courtroom 8D of the above-entitled Court, before the Honorable District Court Judge Christina A. Snyder. On March 22, 2024, the jury returned a verdict, finding in favor of Black Gold Farms on all of Motivo Engineering, LLC's ("Motivo") claims against Black Gold Farms, and finding in favor of Motivo on Black Gold Farms' counterclaim against Motivo (Dkt. 171).

　　　**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS HEREBY ENTERED IN THIS MATTER AS FOLLOWS:**

Case No. 2:22-cv-001447-CAS-JCx

**JUDGMENT ON VERDICT**

1. Judgment is entered against Motivo on its breach of contract, quantum meruit, and fraud claims against Black Gold Farms; and

2. Judgment is entered against Black Gold Farms on its breach of contract counterclaim against Motivo.

DATED: May 28, 2024

_____
THE HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE